**FILED**
MAY 2 1 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-30069-SPM |
| ) | |
| EDDIE D. JOHNSON, ) | Title 18, United States Code |
| ) | Section 111(b) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### ASSAULTING A FEDERAL OFFICER INFLICTING BODILY INJURY

From on or about January 12, 2024, in Madison County, within the Southern District of Illinois,

**EDDIE D. JOHNSON,**

defendant herein, did forcibly resist with any person designated in 18 U.S.C. § 1114, to wit: Gregory Degener, who was engaged in official duties, and caused physical contact and inflicted bodily injury; in violation of Title 18, United States Code, Section 111(b).

A TRUE BILL

_/s/ Karelia S. Rajagopal_
KARELIA S. RAJAGOPAL
Assistant United States Attorney

_/s/ Rachelle A. Crowe_
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: BOND